JOHN R. PRICE, Appellant, *v.* THOMAS A. MAPES, as Assignee, etc., et al., Respondents.

(Argued February 10, 1892; decided March 8, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 9, 1889, which modified, and affirmed as modified, a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Edward C. Perkins* for appellant.

*George M. & T. F. Bush* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____